**6**

395 P.3d 1240

STATE of Hawai'i, Plaintiff -Appellee,

v.

Ryan-Seth KIAHA, Defendant-Appellant

NO. CAAP-16-0000132

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, May 30, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 13-1-1053)

SUMMARY DISPOSITION ORDER

Vacated and. Remanded.

395 P.3d 1240

STATE of Hawai'i, Plaintiff-Appellee,

v.

Alex M. TANIGUCHI, Defendant-Appellant

NO. CAAP-16-0000494

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 8, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION, (CASE NO. 1DTA-15-04479)

SUMMARY DISPOSITION ORDER

Vacated and. Remanded.

395 P.3d 1240

STATE of Hawai'i, Plaintiff-Appellee,

v.

Michael HOFFMAN, Defendant-Appellant

NO. CAAP-16-0000554

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 7, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT 'EWA DIVISION (CASE NO. 1DTA-12-05252)

SUMMARY DISPOSITION ORDER

Vacated and. Remanded.

395 P.3d 1240

STATE of Hawai'i, Plaintiff-Appellee,

v.

Matthew K. HAILI, also known as Matthew K. Haili, Jr., Defendant-Appellant

NO. CAAP-16-0000087

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 9, 2017.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-CR. NO. 15-1-2040)

SUMMARY DISPOSITION ORDER

Affirmed.